No. 83-6602. CARDENAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 83-6613. SAUNDERS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83-6620. SCARBOROUGH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 82-2030. ANDERSON v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied. JUSTICE MARSHALL would grant certiorari.

No. 83-67. INGLE v. ARKANSAS. Ct. App. Ark. Certiorari denied. JUSTICE MARSHALL would grant certiorari.

No. 83-988. BERRONG ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE MARSHALL would grant certiorari.

No. 83-1011. OLSON v. GEORGIA. Sup. Ct. Ga. Certiorari denied. JUSTICE MARSHALL would grant certiorari.

No. 83-5027. BENTLEY v. UNITED STATES. C. A. 8th Cir. Certiorari denied. JUSTICE MARSHALL would grant certiorari.

No. 83-623. JAMES ET AL. v. CLARK, SECRETARY OF THE INTERIOR, ET AL. C. A. 1st Cir. Motion of Center for Constitutional Rights et al. for leave to file a brief as amici curiae granted. Motion of petitioners to strike brief of Native American Rights Fund for Gay Head Tribe denied. Motion of petitioners to defer consideration of the petition for writ of certiorari denied. Certiorari denied.

No. 83-892. CALIFORNIA STATE DEPARTMENT OF EDUCATION ET AL. v. LOS ANGELES BRANCH, NAACP, ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 83-906. UNITED STATES v. RYLANDER. C. A. 9th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.